# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON TALBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>RENO POLICE DEPT.,<br><br>    Defendant. | Case No. 3:11-CV-00391-LRH-(RAM)<br><br>**ORDER** |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, see 28 U.S.C. § 1915(h), has submitted a notice of intent to file a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1). The court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///

1     IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's
2 commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete
3 application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a
4 statement of his inmate account. The clerk of the court shall enter judgment accordingly.
5     DATED this 21st day of June, 2011.

                                              _____
                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE